UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-80128-Cr-Rosenberg

UNITED STATES OF AMERICA,

v.

GENARO GOMEZ-GONZALEZ,

    Defendant.
_____/

**REPORT & RECOMMENDATION[1]**

    Defendant, GENARO GOMEZ-GONZALEZ, appeared before the Court, represented by counsel, on June 24, 2020, for a hearing on alleged violations of supervised release. Defendant was originally convicted in the Southern District of Florida of one count of Illegal Reentry After Removal in violation of 8 U.S.C. § 1326(a). On August 27, 2019, Defendant was sentenced to time served in the U.S. Bureau of Prisons, to be followed by one year of supervised release. Defendant was also ordered to pay a $100 special assessment fee and as a special condition, Defendant was surrendered to the custody of the U.S. Immigration and Customs Enforcement for removal proceedings.

    Defendant began his term of supervised release on August 27, 2019. On October 18, 2019, the U.S. Probation Office filed a Petition alleging one violation of the Defendant's terms of supervision. On January 31, 2020, the U.S. Probation Office filed a Superseding Petition, which added two other alleged violations, bringing the total to three. Defendant is now charged with violating his conditions of supervision by committing the offense of Reentry of Deported

---

[1] This report was prepared and signed on June 24, 2020 but inadvertently left off of the queue for docketing.

Aliens in violation of 8 U.S.C. § 1326 on October 8, 2019, January 17, 2020, and January 22, 2020.

At the hearing, Defendant freely, knowingly, and voluntarily stipulated to detention with a right to revisit at a later date. Defendant also freely, knowingly, and voluntarily admitted to the above violations as charged and stated his wish to proceed to sentencing as soon as possible.

Based on the foregoing, the Court **RECOMMENDS** that the District Court accept Defendant's admissions and find him guilty of committing Violations 1, 2, and 3 as charged in the Superseding Petition.  The Court further **RECOMMENDS** that this matter be set down for sentencing before U.S. District Judge Robin L. Rosenberg.

A party shall serve and file written objections, if any, to this Report and Recommendation with U.S. District Judge Robin L. Rosenberg within 14 days after being served with a copy.  *See* 28 U.S.C. § 636(b)(1)(C).  Failure to file timely objections "waives a party's right to review."  Fed. R. Crim. P. 59(b)(2); *U.S. v. Aponte*, 461 F. App'x 828, 830 n.2 (11th Cir. 2012) (collecting cases).

**DONE AND RECOMMENDED** in Chambers at West Palm Beach in the Southern District of Florida, this 24th day of June, 2020.

*[signature]*
DAVE LEE BRANNON
U.S. MAGISTRATE JUDGE